ADAM L. BRAVERMAN
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8266
E-mail: bruce.smith@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '18CV0267 MMA BLM |
|---|---|
| Plaintiff, | COMPLAINT FOR FORFEITURE |
| v. | |
| $31,566.00 IN U.S. CURRENCY, | |
| Defendant. | |

By way of complaint against the defendant, $31,566.00 IN U.S. CURRENCY ("$31,566 in currency"), plaintiff UNITED STATES OF AMERICA alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355(a), and Title 31, United States Code, Section 5332(c) and Title 18, United States Code, Section 981(a)(1)(A), because the defendant $31,566 in currency constitutes property involved in a violation of Title 31, United States Code, Section 5332(a), bulk cash smuggling.

2. Venue is proper in this district pursuant to Title 28, United States Code, Section 1395 because the defendant $31,566 in currency was found in this district.

USAO:2018v00048:BCS/bfs

3. On September 18, 2017, in the Southern District of California, at the Calexico West Port of Entry ("POE"), Customs and Border Protection ("CBP") officers were conducting an outbound operation, inspecting vehicles and travelers as they exited the United States and entered the Republic of Mexico.

4. At approximately 7:40 p.m., Jose Humberto Beltran ("Beltran") as driver and Freddy Rivera ("Rivera") as passenger in a 2016 Chevrolet Camaro coupe with Sonora, Mexico license plates arrived at the POE and attempted to exit the United States and enter the Republic of Mexico through the vehicle outbound lanes.

5. CBP Officer Chong approached the 2016 Camaro coupe, and asked Beltran and Rivera, among other things, the dollar amount of the currency or monetary instruments they were carrying.

   A. Driver Beltran told CBP Officer Chong he had $4,000.00 in cash.

6. While still at the primary vehicle inspection area, CBP Officer Chong requested CBP Canine Enforcement Officer ("CEO") Chin use his CBP currency and firearms detection dog, "Xenna", to screen the vehicle.

   A. Xenna was trained to seek out odors associated with firearms and large amounts of currency.

   B. When Xenna detected odors associated with firearms and large amounts of currency, Xenna was trained to display a behavior or alert.

//

      C. CBP CEO Chin was trained and experienced working with Xenna, and was skilled at observing Xenna's alerts.

7. CEO Chin exposed Xenna to the 2016 Camaro coupe, some of its interior spaces, and the two travelers.

8. Xenna alerted to trained odors emanating from both driver Beltran and passenger Rivera.

      A. CEO Chin reported Xenna's alert to CBP Officer Chong, and explained the significance.

9. Officer Chong referred the 2016 Camaro coupe and the two travelers to the nearby vehicle secondary area for a more thorough inspection.

10. Beltran and Rivera were escorted to the nearby POE security office.

11. In the secondary security office, Officer Chong directed Beltran to remove all the money he was carrying.

      A. Beltran removed and produced from his pockets and inside his clothing a total of approximately $6,300.00 in U.S. currency.

      B. Additional U.S. currency was discovered concealed in a shopping bag within clothing belonging to Beltran.

12. In the secondary security office, CBP Officer Martinez directed Rivera to remove all the money he was carrying.

      A. Rivera removed and produced from his pockets and inside his clothing a total of approximately $4,880.00 in U.S. currency.

      B.   As Rivera removed and produced the U.S. currency concealed in his pockets and clothing, he told CBP Officer Martinez he did not know the dollar amount of the currency he was carrying.

      C.   As Rivera removed and produced the U.S. currency concealed in his pockets and clothing, he told CBP Officer Martinez the money he was carrying belonged to his traveling companion, Beltran.

13. The U.S. currency discovered upon the persons and among the possessions of Beltran and Rivera was combined and counted.

      A.   The dollar value of the currency discovered was determined to be $31,566.00 in U.S. currency.

      B.   The currency discovered upon the persons and among the possessions of Beltran and Rivera is the defendant $31,566 in currency.

14. The defendant $31,566.00 IN U.S. CURRENCY constitutes more than $10,000.00 in currency or monetary instruments knowingly concealed in a conveyance, article of luggage, or other container, and transported, or attempted to be transported from a place inside the United States to a place outside thereof, to wit: the Republic of Mexico, by a person or persons with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, in violation of Title 31, United States Code, Section 5332.

15. As a result of the foregoing, the defendant $31,566.00 IN U.S. CURRENCY is liable to condemnation and

to forfeiture to the United States for its use in accordance with Title 31, United States Code, Section 5332(c)(1) and Title 18, United States Code, Section 981(a)(1)(A).

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant $31,566.00 IN U.S. CURRENCY and that due notice be given to all interested parties to appear and show good cause why said forfeiture should not be declared.

DATED: February 5, 2018

ADAM L. BRAVERMAN
United States Attorney

s/ Bruce C. Smith
BRUCE C. SMITH
Assistant U.S. Attorney

%JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
$31,566.00 in U.S. Currency

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
AUSA Bruce C. Smith, Phone: (619) 546-8266
USAO, 880 Front Street, Room 6293, San Diego, CA 92101-8893

Attorneys (If Known)

**'18CV0267 MMA BLM**

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- [X] 1   U.S. Government Plaintiff
- [ ] 2   U.S. Government Defendant
- [ ] 3   Federal Question (U.S. Government Not a Party)
- [ ] 4   Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☒ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  |  |
|  | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN   (Place an "X" in One Box Only)

- [X] 1   Original Proceeding
- [ ] 2   Removed from State Court
- [ ] 3   Remanded from Appellate Court
- [ ] 4   Reinstated or Reopened
- [ ] 5   Transferred from another district (specify)
- [ ] 6   Multidistrict Litigation
- [ ] 7   Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing  **(Do not cite jurisdictional statutes unless diversity):**
28 U.S.C. Section 1355(a), 31 U.S.C. Section 5332(c) and 18 U.S.C. Section 981(a)(1)(A)
Brief description of cause:
Bulk cash smuggling

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____   DOCKET NUMBER _____

DATE: 02/05/2018
SIGNATURE OF ATTORNEY OF RECORD: s/ Bruce C. Smith

**FOR OFFICE USE ONLY**

RECEIPT #  _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## VERIFICATION

I, TIMOTHY GORMAN, state and declare as follows:

1. I am a Special Agent with U.S. Homeland Security Investigations, and am one of the agents assigned to this investigation.

2. I have read the foregoing Complaint For Forfeiture and know its contents.

3. The facts set forth in the Complaint For Forfeiture are based upon my own knowledge or were facts furnished to me by other United States federal, state, or local law enforcement personnel, civilian witnesses, or other official Government sources.

Based on this information, I believe the allegations in the Complaint For Forfeiture to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on __February 05, 2018___.

SA *Timothy Gorman*
TIMOTHY GORMAN / SPECIAL AGENT
U.S. HOMELAND SECURITY INVESTIGATIONS