# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $ 31,566.00 IN U.S. CURRENCY, <br><br> Defendant. | Case No.: 18cv267-MMA (BLM) <br><br> **ORDER GRANTING JOINT MOTION FOR JUDGMENT OF FORFEITURE** <br><br> [Doc. No. 6] |

Having reviewed the Joint Motion for Settlement re: Defendant Currency, good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED**:

The Joint Motion is granted;

1. $6,566.00 (six thousand five hundred sixty-six dollars) in U.S. currency of the defendant $31,566.00 IN U.S. CURRENCY ("$31,566 in currency") shall be returned to claimant Jose Humberto Beltran through his attorney, Diane M. Regan.

2. The remainder of the defendant $31,566 in currency, consisting of $25,000.00 (twenty-five thousand dollars) in U.S. currency, shall be condemned and forfeited to the United States.

3. Any costs incurred by the United States incident to the seizure, custody, and forfeiture of the defendant $31,566 in currency shall be borne by the United States.

/ / /

4. Claimant Jose Humberto Beltran has agreed that by entering into this stipulation, he has not "substantially prevailed" within the meaning of Title 28, United States Code, Section 2465.

5. The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465.

6. Claimant Jose Humberto Beltran has warranted and represented as a material fact that he is the sole owner of the defendant $31,566 in currency and further warranted that no other person or entity has any right, claim or interest in the defendant currency, and that he will defend and indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the defendant $31,566 in currency.

7. The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations claimant Jose Humberto Beltran may owe to the United States.

8. The parties to this settlement have agreed that each will bear their own attorney's fees and costs.

9. Claimant Jose Humberto Beltran, his agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the defendant $31,566 in currency.

10. The Clerk of Court is instructed to enter judgment accordingly and close the case.

**IT IS SO ORDERED.**

Dated: April 12, 2018

HON. MICHAEL M. ANELLO
United States District Judge